| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Agent: | ☑ Wayne E. Williams | Telephone: (313) 550-7945 |

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Jose Guadalupe SALINAS-GARCIA | Case: 2:26−mj−30129<br>Assigned To : Unassigned<br>Assign. Date : 3/11/2026<br>Description: RE: JOSE<br>SALINAS−GARCIA (EOB) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 5, 2026 _____ in the county of _____ Livingston _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Wayne E. Williams, Border Patrol Agent, USBP
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ March 11, 2026 _____

_____
*Judge's signature*

City and state: _Detroit, MI_

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Jose Guadalupe SALINAS-GARCIA, which reveals the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain each and every fact known about this case by your affiant.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), unlawful re-entry following removal, has been committed by Jose Guadalupe SALINAS-GARCIA.

4. Jose Guadalupe SALINAS-GARCIA, is a forty-three-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5. On or about May 30, 2001, SALINAS-GARCIA was arrested by United States Border Patrol in Texas and received a Voluntary Return.

6. On or about June 1, 2001, SALINAS-GARCIA was arrested by United States Border Patrol in Texas and received a Voluntary Return.

7. On or about June 2, 2001, SALINAS-GARCIA was arrested by United States Border Patrol in Texas and received a Voluntary Return.

8. On or about June 5, 2001, SALINAS-GARCIA was arrested by United States Border Patrol in Texas and received a Voluntary Return.

9. On or about June 6, 2001, SALINAS-GARCIA was arrested by United States Border Patrol in Texas and received a Voluntary Return.

10. On or about June 7, 2001, SALINAS-GARCIA was arrested by United States Border Patrol in Texas and received a Voluntary Return.

11. On or about June 8, 2001, SALINAS-GARCIA was arrested by United States Border Patrol in Texas and received a Voluntary Return.

12. On or about June 13, 2001, SALINAS-GARCIA was arrested by United States Border Patrol in Texas and received a Voluntary Return.

13. On or about October 4, 2004, SALINAS-GARCIA was arrested by Illinois State Police and charged with driving under the influence of alcohol. He posted $3,000.00 bond and was released.

14. On or about January 2, 2005, SALINAS-GARCIA was arrested by Chicago Police Department. He was charged with soliciting for prostitution or lewdness. Record checks do not reveal the disposition.

15. On or about September 21, 2008, SALINAS-GARCIA was arrested by Travis County Sheriff's office and charged with driving while under the influence of alcohol and failing to stop and give information. He was convicted and sentenced on December 12, 2009, to 18 months' probation.

16. On or about January 19, 2010, SALINAS-GARCIA was arrested by Travis County Sheriff for driving while intoxicated and fail to stop and give information. He was held in the county jail where he was encountered by Immigration and Customs Enforcement officer in the CAP- ERO Criminal Alien Program. SALINAS-GARCIA was transferred to ICE custody on January 21, 2010, and was issued a notice to appear.

17. On or about February 26, 2010, SALINAS-GARCIA was ordered removed by an immigration judge in Texas and was removed from the United States to Mexico through Laredo, Texas.

18. On or about April 22, 2010, an in-state warrant was lodged for SALINAS-GARCIA that pertained to his January 19, 2010, arrest in Travis County, Texas.

19.   On or about February 4, 2024, SALINAS-GARCIA was arrested by United States Border Patrol Agents near Sasabe, Arizona. He was processed as a reinstatement of deport order.

20.   On or about February 5, 2024, SALINAS-GARCIA was removed from the United States through Nogales, Arizona.

21.   On or about March 1, 2024, SALINAS-GARCIA was arrested by United States Border Patrol agents near Naco, Arizona. He was processed as a reinstatement of deport order. He was charged in the U.S. District Court, Arizona with Illegal Entry, in violation of 8 U.S.C. §1325(a). He pleaded guilty to the violation and was sentenced to seventy-five days, with credit for time served.

22.   On or about May 15, 2024, SALINAS-GARCIA was removed from the United States through Nogales, Arizona.

23.   On or about March 5, 2026, SALINAS-GARCIA was arrested by United States Border Patrol Agents near Livingston County, Michigan after a call for assistance from Livingston County Sheriff's office. He was issued a ticket for driver's license- never acquired by the Livingston County Sheriff.  He was processed as a reinstatement of deport order.

24.   Jose Guadalupe SALINAS-GARCIA's, fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS).  The results revealed that SALINAS-GARCIA is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that SALINAS-GARCIA legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

25.   The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

26.   Review of the Alien File (A# xxx xxx 708) for Jose Guadalupe SALINAS-GARCIA, and queries in Department of Homeland Security databases confirm no record exists SALINAS-GARCIA obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on May 15, 2024.

27.   Based on the above information, I believe there is probable cause to conclude that Jose Guadalupe SALINAS-GARCIA, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
*Complainant's signature*

Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

March 11, 2026